IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROARK MARSHALL JEFFRIES,

    Plaintiff,      No.  3:10-cv-6426-JE

 v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,    ORDER

    Defendant.

HERNANDEZ, District Judge:

  Magistrate Judge Jelderks issued a Findings and Recommendation (#24) on July 11, 2012, in which he recommends the Court reverse the Commissioner's decision and remand the action to the Commissioner for further proceedings.

  Defendant has timely filed objections to the Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered defendant's objections and conclude that there is no basis to modify the Findings and Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings and Recommendation [#24] and therefore, the Commissioner's decision is reversed and remanded for further proceedings.

IT IS SO ORDERED.

DATED this 31 day of Aug, 2012.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER