Kathryn Tassinari, OSB # 80115
Robert A. Baron, OSB # 89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR  97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ROARK M. JEFFRIES,         )
                           )     Case No. 3:10-cv-06426-JE
        Plaintiff,         )
    vs.                    )
                           )     ORDER FOR PAYMENT OF ATTORNEY
COMMISSIONER,              )     FEES PURSUANT TO EAJA
Social Security Administration, )
                           )
                           )
        Defendant.         )

The Court having reviewed the arguments of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of $5,182.47 are awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Pursuant to *Astrue v. Ratliff,* payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. If the Commissioner confirms that Plaintiff owes no debt to the government through the federal Treasury Offset Program, the award shall be made payable directly to Plaintiff's attorney.

Dated this ___16___ day of ___Jan___, 2013.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff