Kathryn Tassinari, OSB # 80115
Robert A. Baron, OSB # 89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROARK M. JEFFRIES, | Case No. 3:10-cv-06426-JE |
| Plaintiff, | |
| vs. | |
| COMMISSIONER, Social Security Administration, | ORDER FOR PAYMENT OF SUPPLEMENTAL ATTORNEY FEES PURSUANT TO EAJA |
| Defendant. | |

The Court having reviewed Plaintiff's unopposed Motion, IT IS HEREBY ORDERED that supplemental fees under the Equal Access to Access Act are awarded to Plaintiff in the amount of $506.80. Pursuant to *Astrue v. Ratliff,* this award shall be made payable to Plaintiff and mailed to his attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. If Commissioner confirms that Plaintiff owes no debt through the federal Treasury Offset Program, the award shall be made payable directly to Plaintiff's attorney.

Dated this 25 day of January, 2013.

Marco A. Hernandez, U.S. District Court Judge

PRESENTED BY:

s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff